# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **ADAM BRAKE,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | No.  2:13-cr-00160-GZS |
| ) | 2:20-cv-00211-GZS |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 68) filed February 3, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases;

2. It is **ORDERED** that Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF 61) is hereby **DENIED**;

3. It is **ORDERED** that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ George Z. Singal  
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 2nd day of March, 2021.